IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DUSTIN TRAVIS, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Defendant's Motion to Seal [DE 813]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document and in the present motion, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 812 and 813 until further order of the court.

SO ORDERED this 8th day of August, 2023.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE